IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00283-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     ROBERT T. MCALLISTER,
2.     RICHARD C. NEISWONGER,
3.     SHANNON NEISWONGER,
4.     ELIZABETH WHITNEY,

    Defendants.

---

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on the parties' Proposed Schedule for Motions and Responses [Docket No. 75]. It is

    **ORDERED** that all pretrial motions shall be filed by **April 23, 2012** and responses to these motions shall be filed by **May 7, 2012.** It is further

    **ORDERED** that expert witness disclosures pursuant to Fed. R. Crim. P. 16 shall be made no later than seven days before the deadline for filing pretrial motions and any challenges to such experts shall be made by the pretrial motion filing deadline. It is further

    **ORDERED** that disclosures regarding rebuttal expert witnesses shall be made one week after the deadline for filing pretrial motions and any challenges to such experts shall be made no later than two weeks after the pretrial motions deadline.

    DATED March 1, 2012.