IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00283-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROBERT T. McALLISTER,

    Defendant.
_____

**ORDER**
_____

This matter is before the Court on the Motion for Leave to Withdraw and for Appointment of New CJA Counsel for Post-Conviction/Appeal Proceedings [Docket No. 150] filed by counsel for defendant Robert T. McAllister. The motion requests that counsel be allowed to withdraw and that new CJA counsel be appointed to represent defendant on appeal or in connection with any 28 U.S.C. § 2255 proceedings. It is not clear, however, whether counsel or Mr. McAllister seeks a substitution of counsel concerning the restitution issues that remain. Wherefore, it is

**ORDERED** that, on or before September 25, 2012, counsel for defendant Robert T. McAllister and/or defendant Robert T. McAllister shall indicate whether a substitution of counsel is requested in connection with restitution issues and any other issues pending in this Court.

DATED September 18, 2012.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge