IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00283-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROBERT T. McALLISTER,

    Defendant.
_____

**ORDER**
_____

This matter is before the Court on the Motion for Leave to Withdraw and for Appointment of New CJA Counsel for Post-Conviction/Appeal Proceedings [Docket No. 150] filed by counsel for defendant Robert T. McAllister. The motion indicates that Mr. McAllister wishes to pursue 28 U.S.C. § 2255 issues that create an irreconcilable conflict of interest with counsel. Having considered the factors discussed in *United States v. Porter*, 405 F.3d 1136 (10th Cir. 2005), the Court finds an appropriate ground for substitution of counsel. It is

**ORDERED** that the Motion for Leave to Withdraw and for Appointment of New CJA Counsel for Post-Conviction/Appeal Proceedings [Docket No. 150] is granted. Forrest W. Lewis's representation of defendant Robert T. McAllister is hereby terminated. It is further

**ORDERED** that an attorney from the Criminal Justice Act panel shall be appointed to represent Mr. McAllister.

DATED September 21, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge