IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00283-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

1. ROBERT T. McALLISTER

    Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

    IT IS ORDERED that Defendant ROBERT T. McALLISTER, having been sentenced in this case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden, Federal Detention Center Florence ADMAX SCP, Florence, Colorado, on October 10, 2012, by 12:00 noon, and will travel at his own expense.

    DATED September 26, 2012.

                                BY THE COURT:

                                s/Philip A. Brimmer
                                PHILIP A. BRIMMER
                                United States District Judge