IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00283-PAB-4

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.     ELIZABETH WHITNEY,

    Defendant.

---

**ORDER**

---

This matter is before the Court on the Defendant's Motion for Return of Passport [Docket No. 206]. On November 17, 2011 the Court ordered Ms. Whitney to surrender her passport to the custody of the United States District Court as a condition of her pre-trial release. On October 9, 2012 the Court sentenced Ms. Whitney to probation and her pretrial supervision conditions ended. It is not a term or condition of her current probation that she surrender her passport. Wherefore, it is

**ORDERED** that Defendant's Motion for Return of Passport [Docket No. 206] is granted. Elizabeth Whitney's passport shall be returned to her, through counsel, and mailed to:

    Kathryn Stimson
    1543 Champa Street, Suite 400
    Denver, CO  80202

DATED November 28, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge